**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**110 E. Court Avenue, Suite 300**
**Des Moines, Iowa 50309–2044**
**www.iasb.uscourts.gov**

In the Matter of:                                        Case No. 22–01147–lmj13

Breck Christina Briley

Debtor(s)


## ORDER CONFIRMING CHAPTER 13 PLAN

**It is hereby ORDERED that:**

(1) The pending plan is confirmed pursuant to 11 U.S.C. section 1325;

(2) Parties in interest shall govern themselves in accordance with 11 U.S.C section 1327, and

(3) Service of this Order on parties in interest and the United States Trustee shall satisfy Rule 2002(f)(7) and (k) of the Federal Rules of Bankruptcy Procedure.


Judge Lee M. Jackwig
United States Bankruptcy Judge


Entered on Docket
1/17/23


25, 36